UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: Procter & Gamble Aerosol Products Marketing and Sales Practices Litigation | Case No. 2:22-md-3025<br>Judge Michael H. Watson<br>Magistrate Judge Chelsey Vascura |

**This document relates to: <u>ALL CASES</u>.**

## <u>ORDER MEMORIALIZING JUNE 1, 2022 STATUS CONFERENCE</u>

Per Case Management Order #1, ECF No. 3, the Court held a telephone status conference on June 1, 2022. Counsel for various Plaintiffs and counsel for Defendant appeared.

Counsel were reminded to follow the procedures set forth in Case Management Order #1 regarding submitting a list of participants to the Courtroom Deputy prior to telephone conference and regarding entering appearances in docket 2:22-md-3025 as well as the individual member case.

Counsel for Defendant reported that a majority of Plaintiffs support the settlement agreement. Within **SEVEN DAYS,** counsel for Defendant will circulate the available discovery to counsel for the Non-Settling Plaintiffs who have signed the Stipulated Protective Order. Such counsel for Non-Settling Plaintiffs will then evaluate the terms of the settlement and, if needed, engage in additional negotiations.

The parties will not move for preliminary approval of the Settlement Agreement until after those Non-Settling Plaintiffs have had a meaningful opportunity to review the Settlement and engage in negotiations regarding the same, if necessary. However, the parties will still attempt to move for preliminary approval by July 5, 2022.

Finally, the Court **GRANTED** the parties permission to exceed the Court's page limitations vis-à-vis the forthcoming motion for preliminary approval.

**IT IS SO ORDERED.**

                    */s/ Michael H. Watson*
                    **MICHAEL H. WATSON, JUDGE**
                    **UNITED STATES DISTRICT COURT**