## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **In re: Procter & Gamble Aerosol Products Marketing and Sales Practices Litigation**<br><br>**This document relates to: ALL CASES** | Case No. 2:22-md-3025<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Chelsey Vacura |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION AS COUNSEL

PLEASE TAKE NOTICE that Kevin Laukaitis, Esq. of Shub Law Firm LLC hereby withdraws as counsel of record for Plaintiffs and the Class in the above-captioned action. All pleadings, orders, and other papers should continue to be served on Jonathan Shub of Shub Law Firm LLC, who will be substituted as counsel of record for Plaintiffs and the Class, with counsel of record, in the above-captioned action.

Dated: December 27, 2022                              Respectfully Submitted,

/s/ Jonathan Shub
Jonathan Shub
Kevin Laukaitis
Shub Law Firm LLC
134 Kings Hwy. E.
2nd Floor
Haddonfield, New Jersey 08033
jshub@shublawyers.com
klaukaitis@shublawyers.com

*Counsel for Plaintiff Beth Blake and the Class*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was served via the Court's CM/ECF system on December 27, 2022, and has thus been served automatically on all counsel of record that have entered an appearance in Case No. 2:22-md-3025.

*/s/ Jonathan Shub*

Jonathan Shub