# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: Procter & Gamble Aerosol Products Marketing and Sales Practices Litigation<br><br>This document relates to: <u>ALL CASES</u> | Case No. 2:22-md-3025<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Chelsey M. Vascura |

## NOTICE OF FILING THE DECLARATIONS OF SCOTT M. FENWICK AND JEANNE C. FINEGAN, APR OF KROLL SETTLEMENT ADMINISTRATION LLC

Attached to this Notice of Filing as Exhibit 1 is the Declaration of Scott M. Fenwick of Kroll Settlement Administration LLC In connection With Final Approval of Settlement, and attached as Exhibit 2 is the Declaration of Jeanne C. Finegan, APR of Kroll Settlement Administration LLC In Connection With Final Approval of Settlement.

Dated: April 10, 2023

Respectfully submitted,

/s/ Richard S. Wayne
Richard S. Wayne (Ohio Bar No. 0022390)
**STRAUSS TROY CO., LPA**
150 East 4th Street, 4th Floor
Cincinnati, OH 45202
Telephone: (513) 621-2120
Facsimile: (513) 241-8259
E-mail: rswayne@strausstroy.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Email: gklinger@milberg.com

Terence R. Coates (Ohio Bar No. 0085579)
**MARKOVITS STOCK & DEMARCO, LLC**

119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 665-0204
Facsimile: (513) 665-0219
Email: tcoates@msdlegal.com

Rick Paul*
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, MO 64106
Telephone: (816) 984-8100
Email: rick@paulllp.com

Jonathan M. Jagher*
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette St.
Conshohocken, PA 19428
Telephone: (610) 234-6487
Email: jjagher@fklmlaw.com

Jonathan Shub*
**SHUB LAW FIRM LLC**
134 Kings Hwy E., 2nd Fl.
Haddonfield, NJ 08033
Telephone: (856) 772-7200
Email: jshub@shublawyers.com

Steven L. Bloch*
**SILVER GOLUB & TEITELL, LLP**
One Landmark Square, 15th Floor
Stamford, CT 06901
Telephone: (203) 325-4491
E-mail: sbloch@sgtlaw.com

Mark S. Reich*
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
E-mail: mreich@zlk.com

Paul Doolittle*
**POULIN|WILLEY|ANASTOPOULO, LLC**
32 Ann Street

Charleston, SC 29403
Telephone: (843) 614-8888
Email: pauld@akimlawfirm.com

Robert C. Schubert*
Dustin L. Schubert
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
Email: rschubert@sjk.law
         dlshubert@sjk.law

Michael R. Reese*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
Email: mreese@reesellp.com

Kiley Grombacher*
**BRADLEY GROMBACHER**
31365 Park Crest Dr., Suite 240
Westlake Village, CA 91361
Telephone: (888) 418-7094
Email: kgrombacher@bradleygrombacher.com

Bryan F. Aylstock*
Jason Richards*
**AYLSTOCK WITKIN KREISOVERHOLTZ**
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone: (844) 794-7402
Email: jrichards@awkolaw.com
         baylstock@awkolaw.com

Carl V. Malmstrom*
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLC**
111 W. Jackson St., # 1700
Chicago, IL 60604
Telephone: (312) 984-0000
Email: malmstrom@whafh.com
*Subject to Pro Hac Vice admission*

16286011.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was served via the Court's CM/ECF system on April 10, 2023, and has thus been served automatically on all counsel of record that have entered an appearance in Case No. 2:22-md-3025.

*/s/ Richard S. Wayne*
Richard S. Wayne (Ohio Bar No. 0022390)

16286011.1